**UNITED STATES of America,**
**Appellant,**

v.

**Richard SMITH and Mark Watson,**
**Defendants–Appellees.**

**No. 06–3999–cr.**

United States Court of Appeals,
Second Circuit.

Aug. 28, 2008.

Caroline Rule (Robert S. Fink, Fran Obeid, on the brief), Kostelanetz & Fink LLP, New York, NY, for Defendant–Appellee, Smith.

Michael S. Kim (Leif T. Simonson, on the brief), Kobre & Kim LLP, New York, NY, for Defendant–Appellee, Watson.

John M. Hillebrecht, Assistant United States Attorney (Michael J. Garcia, United States Attorney, Southern District of New York, on the brief; Margaret Garnett, Katherine Polk Failla, Assistant United States Attorneys, of counsel), United States Attorney's Office for the Southern District of New York, New York, NY, for Appellant.

---

Ronald E. DePetris (Marion Bachrach, Dana Moskowitz, on the brief), DePetris & Bachrach, LLP, New York, NY, for Amici Curiae Randy Bickham, Larry DeLap, Steven Gremminger, Carl Hasting, Richard Rosenthal, Carol Warley and Philip Wiesner.

PRESENT: Hon. DENNIS JACOBS, Chief Judge, Hon. WILFRED FEINBERG and Hon. PETER W. HALL, Circuit Judges.

### SUMMARY ORDER

The United States appeals from an order of the United States District Court for the Southern District of New York (Kaplan, *J.* ), suppressing statements made by Defendants–Appellees Richard Smith and Mark Watson. We assume the parties' familiarity with the underlying facts, the procedural history and the issues presented for review.

In a separate opinion issued today in Docket No. 07–3042–cr we affirm the dismissal of the indictment against, *inter alia,* Smith and Watson. Consequently, we dismiss this appeal as moot.

For the foregoing reasons, the appeal is **DISMISSED** as moot. The pending motion for a remand is **DENIED** as moot.